**8**

Semmie LEWIS v. STATE.  (No. 9003.)
(Court of Criminal Appeals of Texas.  Oct. 15,
1924.)  Appeal from Criminal District Court,

Tarrant County; George E. Hosey, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of fifteen years. Upon the written and verified request of the appellant, the appeal is dismissed.

---

**1**

C. O. PEAK v. STATE. (No. 8902.) (Court of Criminal Appeals of Texas. Oct. 29, 1924.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE J. Appellant was convicted in the district court of Navarro county of theft of property of more than the value of $50 and his punishment fixed at two years in the penitiary. There appears in the record neither bills of exception nor statement of facts, and the indictment fully charging the offense, and the charge of the trial court being regular, no error appears, and an affirmance will be ordered.

---

**2**

C. O. PEAK v. STATE. (No. 8903.) (Court of Criminal Appeals of Texas. Oct. 29, 1924.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Navarro county of theft of property of more than the value of $50, and his punishment fixed at two years in the penitentiary. There appears in the record neither bills of exception nor statement of facts, and the indictment fully charging the offense, and the charge of the trial court being regular, no error appears, and an affirmance will be ordered.

---

**3**

C. O. PEAK v. STATE. (No. 8904.) (Court of Criminal Appeals of Texas. Oct. 29, 1924.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for theft, entered under a plea of guilty to a former indictment regularly presented. Before this court is neither statement of facts nor bills of exception. The procedure appears, and the conviction legal. The judgment is affirmed.

---

**4**